```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMON LUIS RODRIGUEZ              :   CIVIL ACTION
                                  :
          v.                      :
                                  :
COMMONWEALTH OF PENNSYLVANIA, et al. : NO. 07-3109
```

MEMORANDUM

Fullam, Sr. J.                                November 5, 2007

      The *pro se* plaintiff filed a motion for leave to proceed *in forma pauperis*, along with a document entitled "Complaint" which seemed to suggest that the plaintiff believes his various constitutional rights have been violated. By order dated August 27, 2007, the plaintiff was granted the opportunity to file an amended complaint that set forth a comprehensible claim.

      The plaintiff has filed several documents, including one entitled "amend of complaint," and a response to a motion to dismiss filed by the City of Philadelphia. The plaintiff's documents are difficult to decipher, and seem to involve complaints regarding various court proceedings that occurred in 2003 and 2004; these claims are plainly filed too late. The plaintiff also alleges wrongdoing with regard to a civil case he filed in the Philadelphia Court of Common Pleas in 2005 but he has alleged no cognizable claim relating to that lawsuit. Upon careful review of the plaintiff's filings, I have determined that Mr. Rodriguez has failed to state a claim upon which relief can

be granted, and this action will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

An Order will enter.

```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMON LUIS RODRIGUEZ              :   CIVIL ACTION
                                  :
        v.                        :
                                  :
COMMONWEALTH OF PENNSYLVANIA, et al. : NO. 07-3109
```

ORDER

AND NOW, this 5th day of November 2007, IT IS ORDERED:

1. Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED.

2. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk is directed to close the file.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,      Sr. J.